# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 88 |
| | : | |
| DESIGNATION OF VICE-CHAIR OF THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD OF | : | |
| TRUSTEES | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2024, Arthur H. Stroyd, Jr., Esquire, is hereby designated as Vice-Chair of the Pennsylvania Lawyers Fund for Client Security Board of Trustees, effective immediately.